**Exhibit A to the Complaint**

**Location:** Miami, FL
**Total Works Infringed:** 45

**IP Address:** 76.110.207.187
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>A6941D71964F920DAB80C2F05AA8D9281D10F2B5<br>File Hash:<br>390EF9FF2DC9D8DBC5BC627E953BCDD7C80E58B56B2E4B2A14054EFD1335F781 | 12-05-2021<br>23:10:51 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 2 | Info Hash:<br>F38BBA5C0664E9817AAE8234117C965D385F71BE<br>File Hash:<br>A4DF3CA9E3D9A5DD48860E1867091DA1313B2DA64094CC73EFDFAC2B5B329A15 | 11-27-2021<br>16:21:16 | Blacked<br>Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 3 | Info Hash:<br>D5E3CCCA7C11A41D11BD3A9AFC58413387C15272<br>File Hash:<br>F690BCA310925176EC1888AC2F7AD47A1BD49A741D8BC68E569ABB3156682EB5 | 11-18-2021<br>20:04:42 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 4 | Info Hash:<br>108CDBB5AE4F4FC90E160CD9EF9A4B3FB2F41D62<br>File Hash:<br>11EE9ACD09210394D55BD23D385212F1481AABAEDC1B09202FC32FD356A2B274 | 11-18-2021<br>20:04:32 | Blacked<br>Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 5 | Info Hash:<br>EEA6D6CCEF23A02C797B6FF0188BBC3A847D5DBA<br>File Hash:<br>BE319FA130BB393E44A5E53E806A5010E79B0F313AA30C87F707EE6B03A5194F | 11-03-2021<br>12:37:25 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 6 | Info Hash:<br>4C9C292A004322BD9169E43552B6547B6B36ECD1<br>File Hash:<br>FD3BB85EFD41C7A2A819AD2ADA565E4AF1A3EE6DF78ADEF9603C1BE66561E3F0 | 11-03-2021<br>12:36:38 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 7 | Info Hash:<br>8E1C300640B1C2A820564A6724CBDC7E95A55DC1<br>File Hash:<br>44F8B37C061B8570B9D3DFFC93363801C888D31DF378868E5A5CECC30161EF19 | 11-03-2021<br>12:36:18 | Blacked<br>Raw | 05-07-2019 | 06-03-2019 | PA0002178775 |
| 8 | Info Hash:<br>B6301625BE66760312E711CE3847DD9FF8881AC6<br>File Hash:<br>89213F2BF335F6E6FC1DA28C2955FA05E96A6D7253497623591EE2FE83294E6B | 10-29-2021<br>23:06:30 | Blacked<br>Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash:<br>ABE6756CE1E017A93B21292793E9B11EAED56904<br>File Hash:<br>701F6EC309A9EF480EB223A51144BF7E937D406A1B3D1368DC2A5D20C6B9A776 | 10-22-2021<br>13:01:34 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 10 | Info Hash:<br>8C71D14134FDA113F9B49B3F1332211330AD470F<br>File Hash:<br>9EBA2384428EACC826E52B319A23B522404D04ACB4F020DE2983B57D3F5C788F | 10-14-2021<br>14:02:16 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 11 | Info Hash:<br>1BD96A441CFD749BF919A54DCD60143D882D3CCB<br>File Hash:<br>178915F70EA2FEEABABD3CFB2162B99F1D0245C04245FC7DFF98A4C97112DBF2 | 09-28-2021<br>17:33:54 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 12 | Info Hash:<br>9CF0E3464640945F7CE78B2F6AAAF9C709CC5C18<br>File Hash:<br>31FF1DEE45C0E4EC51BEB145F473177182F33337944022113E746434EF8AA806 | 09-10-2021<br>00:25:53 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 13 | Info Hash:<br>13E02ABE1EE7C8F21D333944C9B69892117A62F5<br>File Hash:<br>4CF5A1FCD7E20C49AC3D3655F2EA7A355648FFF4B20B89CA6A34755AE0A6FE6E | 09-10-2021<br>00:25:16 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 14 | Info Hash:<br>7986F5A181FD11D2714CC1B73458A0DF95128BAD<br>File Hash:<br>9874F3D42D62E0E7D15164C3BC54C5904B9FEE8F1E1BA5A4F1E83C4226EE2AC9 | 08-17-2021<br>18:22:23 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 15 | Info Hash:<br>35DBA0F95BCB2F47F7C07628ED82AC5BAF8DBFA9<br>File Hash:<br>23DE6C5CDEE264724ADAF90B3F2B0985DEACBE266063E343A54196BE58FF4EF6 | 08-01-2021<br>07:37:04 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 16 | Info Hash:<br>32A84F01A9623F247E8E5043C1FBEFC3D9049766<br>File Hash:<br>5FE37755DFB4A2D29BCDA7150E201C93B64FBD827729A0138E901E15DAAF2212 | 08-01-2021<br>04:05:27 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 17 | Info Hash:<br>A127E7C3C1EAC966B87AE8EA8C919965D79ED19A<br>File Hash:<br>16F308220BEF3AF20E9FD4A6C3BAE82FF1BBBC5EA11E00185229F372B5418392 | 07-27-2021<br>14:33:33 | Blacked Raw | 03-18-2018 | 04-17-2018 | PA0002116068 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>F4AAA245113EE1D3F7C3D967E436270A0C5D07D3<br>File Hash:<br>7E084B46B682CB1A6B73A403CBCB0E76B4A0C695EBEE652EC36F260366AE6827 | 07-18-2021<br>02:26:17 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 19 | Info Hash:<br>D00FB5E168123DF951E8E65515C71E0F17B5095E<br>File Hash:<br>E15834EE8E9F78DDA2E18EF0A15A995C3E26DF680FFCE7F76BF9C96FF8879E9F | 07-15-2021<br>21:32:40 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 20 | Info Hash:<br>B154777657CCE3782CB0E7E8307E5E6CABBC00B6<br>File Hash:<br>07B89DCCCAB56FE8553229B3CCCE4FC5A7DCDE5338E9FEF0C5B3DB987BDBD7C2 | 07-06-2021<br>04:21:05 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 21 | Info Hash:<br>AB68E0DE93AC2C6943A567A522A306E969FC7642<br>File Hash:<br>57CB71074CE56964606BFC0769C42F98B94F7F580D9E2B2A27DDC51AB921F7D5 | 07-06-2021<br>04:15:08 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 22 | Info Hash:<br>E0B20E42B6ECABFDCC071E01A7A5DFC7191FD148<br>File Hash:<br>47A58E9EA4818ABA18069A293DD75C581BBBA9A5311CB3FAAB4B4B92B0E70A9F | 07-06-2021<br>03:54:25 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 23 | Info Hash:<br>6C529528748352D5E6B864BD99F0FD5A08128A12<br>File Hash:<br>E020B7509BC286F029ADC5AE3F35B4E90CAF80D59F7CB43E1B9333E5750969F4 | 06-28-2021<br>00:50:45 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 24 | Info Hash:<br>8494BFD96B86C5B42CAE17178CBD507C41D853E6<br>File Hash:<br>B52E1FE8F5C7A77DC332FEC4110C4CB473FE5C95A50B9EFB2A9DD307EFCB4D5D | 06-28-2021<br>00:28:03 | Blacked Raw | 08-15-2019 | 09-17-2019 | PA0002216211 |
| 25 | Info Hash:<br>7BF0FD361DBF239C6FAC179E6A3B2AE6580D220E<br>File Hash:<br>4FF3CE24CD84EB618EC7BDBD7438326F3F269F34A0922826B03C7CE91B9B2348 | 06-28-2021<br>00:12:46 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 26 | Info Hash:<br>D7056136A9F2D28441E9C66B7D13B69C7AD774E9<br>File Hash:<br>38DAFD6EFF35AC3B2D590F2F12ABABF1AE2D2A8E2E350AEDA9860413BFEB9A37 | 06-28-2021<br>00:11:17 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: BE357307C6C3D57648654654D648A36DAA3FEA03 File Hash: B5DB16575752EC55307C1F1FA6CDD137D185926361A7764F4272A836902CBF8B | 06-09-2021 13:46:40 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 28 | Info Hash: 0424D7B3B959DC4A63923C7D41C1EFD45C5E16EF File Hash: ABEFBCD6DD888AA2B959F1D9190D364D2D5F02DEE70465037793953EC0A64919 | 06-09-2021 13:44:25 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 29 | Info Hash: B8AD8FF3324FA3498D88796537A365987A9025FB File Hash: 459485322ACFB4347ADD22097635CC4EF8EF6DBF6AAE86D7C351CBA3B5DE91FC | 06-09-2021 13:43:51 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 30 | Info Hash: EB8E513CE7DBD219D8D05202AE98EE12F9F4BAB6 File Hash: B46BB309BC38C7EA2D7C51669AE1044CE534B970F525ECCE03CFA12D6CFC9F47 | 06-09-2021 13:42:12 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 31 | Info Hash: B70C79F076CD0F9503D7D086C0B1E87945A9124C File Hash: 4979915DEA7645349FCB948C8239B258D59A905B2FF6CEBF883B449B5FC770A0 | 05-27-2021 14:06:57 | Blacked | 07-04-2019 | 08-27-2019 | PA0002213242 |
| 32 | Info Hash: 2BC411A52CDAD2463BE301BC55DAE2CD2AD663D3 File Hash: 776AEC54A5890A895C694B84D907015AE38852CE4F61531A08CDF2F13D42C9CD | 05-23-2021 11:20:56 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |
| 33 | Info Hash: 79F8336828F552C6D567E56F965D9B6725CF6FC4 File Hash: DD0DFBDFA53637D837CE79705107E47F5E01E3ED8E855C84B3FAB3C015C66A58 | 05-16-2021 18:54:48 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 34 | Info Hash: 5318DFE4F1B24ED3AB377A667F2BC9444C9F742C File Hash: A677972254B5BBC4C30F786C9C42689FC28D1BC813587E74FB5021E3CE6793C2 | 04-12-2021 05:04:42 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 35 | Info Hash: B5B1C18300DCD9649AEB86EA75C6CEA4760E71C6 File Hash: 9FC99E29828E5BC6D9C7B48B5B83DB151D0881046E712D65CB7942A0DE87A830 | 04-12-2021 05:04:07 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash:<br>B8C24E34C1EAD8935A220D35E7427F4AA245F455<br>File Hash:<br>01BA483244F2C610CAC7CEFDFB1055DD4E139A95C6E42082E5487206553DBC4A | 04-11-2021<br>15:34:09 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 37 | Info Hash:<br>73C9BFB1C8EA3DE6AB0665DD06518E601774E2D4<br>File Hash:<br>DC6D1F50ED03CE3DC6783A3DEABDEE333C015D91C43C0785BF429722730901FD | 04-07-2021<br>16:38:44 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 38 | Info Hash:<br>3DBE31F8EEFFFB301D908DC7243EA4973A7DC7EA<br>File Hash:<br>9BF24074D1D20307E17A6D7C3311016BFA889D5592EA90776D0BE27A3FCCE53E | 04-07-2021<br>16:37:21 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 39 | Info Hash:<br>5EA302C2437807CFF0974D76B23CA50953AF4C54<br>File Hash:<br>C80E9FE2D02A60DE56E0F52EA2E4CA5ADED911B0C8BDB6290A36F9606E9223D4 | 04-07-2021<br>16:31:23 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 40 | Info Hash:<br>AD72454C3BD012D2E8C396EF906C1A0432A44CB9<br>File Hash:<br>6F2943C995028EDB8594E0080C7D8B70FCA3B5179E11E58A36E170A14F5D079A | 04-07-2021<br>16:15:06 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 41 | Info Hash:<br>EA0ED434C857B6A53DEE2452A1EF58012F27B42A<br>File Hash:<br>1583D85FE5CBF161094DE680C371DA3382BEEDA601F3C31AF3008A6A4745C64E | 04-07-2021<br>16:08:55 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 42 | Info Hash:<br>31F921585F0E0FE31BE468E17BDFF4840F37C8FC<br>File Hash:<br>C74B4E5D5E2A8B94D9EF7EAD6E0A7A9909024F9DE4AA7A6867429338A3547215 | 04-07-2021<br>16:04:24 | Blacked Raw | 02-01-2019 | 03-24-2019 | PA0002183205 |
| 43 | Info Hash:<br>AAA739D6ECA5B0A7CD68538CD2ABF45C566B648D<br>File Hash:<br>2E225FB543DC2D9A6630F3156040F3A71FF28BB2BEB2BD42879754C7D31FA661 | 04-07-2021<br>15:50:55 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 44 | Info Hash:<br>5F835EC2EAD95C814A08416DFA1B5E79C9196302<br>File Hash:<br>58CEB8068A7422C0F83D2407F0F7D61F458757134037E045661C1CB939BF7CCB | 04-07-2021<br>15:48:29 | Blacked | 11-11-2017 | 11-27-2017 | PA0002098000 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash:<br>AA3219A5131A3CA509FD75028A68B931991A2D6B<br>File Hash:<br>FB4F339F962CDF2A14DF1FC6285D6B8D16E9DCF78C3367CD7FF628E027CC7BDC | 04-07-2021<br>15:48:23 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |